**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**BRIAN CHARLES PIERRE**
**CONSTANT III,**

     **Plaintiff,**

**v.**                                 **Case No.: 4:26cv1/MCR/MAF**

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, et al.,**

     **Defendants.**
_____/

## <u>ORDER</u>

The Magistrate Judge issued a Report and Recommendation on January 6, 2026. ECF No. 4. The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2.    Plaintiff's filing, ECF No. 2, construed as a motion to proceed in forma pauperis, is **DENIED**.

3.    This case is **DISMISSED without prejudice** pursuant to 28 U.S.C § 1915(g).

4.    Plaintiff's "Motion to Reconsider/Mercy of the Court" is **DENIED** as moot.

5.    The Clerk of Court is directed to enter judgment stating, "This case is dismissed without prejudice pursuant to 28 U.S.C §§ 1915(g)" and close this case.

**DONE AND ORDERED** this 4th day of May 2026.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**